## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **Vicky Oney, INDIVIDUALLY and as INDEPENDENT ADMINISTRATOR OF THE ESTATE OF Wanda Oney, Denver Laroy Oney, Jeremy Oney and Jesse Oney** § § § § § | | |
| Plaintiffs, § § | | |
| vs. § § | Civil Action No. 2:14-CV-794-JRG-RSP | |
| **Wal-Mart Stores Texas, LLC** § § | | |
| Defendant. § | Jury Demanded | |

### PLAINTIFFS' UNOPPOSED MOTION TO DISMISS

Plaintiffs, pursuant to the previous announcement to the Court, announce that this case has been compromised and settled, and request that this case be dismissed with prejudice, with each party bearing their own attorneys' fees, expenses, and costs.

                Respectfully submitted,

By:   /s/ Michelle Jones
Chris Jones
Texas State Bar No. 10868250
cjones@joneslawyers.com
Michelle M. Jones
Texas State Bar No. 13500900
mjones@joneslawyers.com
**of:** Jones & Jones
1122 Judson Road
Longview, Texas 75601
(903) 236-4990
(903) 236-6210 - fax
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

  I certify that I conferred with counsel for Defendant regarding the relief requested in this motion, and he is unopposed to this motion.

             _____/s/_____
              Michelle Jones

## CERTIFICATE OF SERVICE

  I certify that service of this document was accomplished pursuant to the Local Rules of this Court, via electronic submission by the Court Clerk.

               _/s/_ Michelle Jones__
              Michelle Jones